UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                             Case No. 22-cr-17-01 SE

Joseph Haniffy

ORDER

The assented-to motion to continue trial (doc. no. 18) filed by the defendant is granted. Final Pretrial Conference is rescheduled to October 4, 2022, at 10:00 am. Trial is continued to the two-week period beginning October 18, 2022, 9:30 am.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the defendant and the public in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the assented-to motion.

SO ORDERED.

By the Court,

*SDElliott*

_____
Samantha D. Elliott
United States District Judge

Date: August 1, 2022

cc:   U.S. Marshal
       U.S. Probation
       Counsel of Record